MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SHARON LEMKE,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-02971-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from August 21, 2019 to **September 20, 2019**.[1] This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Since the date of the last extension, Counsel was out on intermittent leave due to her chronic migraines, which impairs her vision. Counsel was also admitted into emergency twice last month. In addition, Counsel also has over 100+ active social security matters, which require two or more dispositive motions

---

[1] Defendant filed a Motion for Extension of Time (Dkt 16), as Counsel for Defendant had not yet heard back from Plaintiff and/or her Counsel. However, Counsel for Plaintiff indicated that he does not oppose the requested relief and has now stipulated to the extension of time. As such, Defendant respectfully requests that the Court grant the attached stipulation for extension of time based on the parties' agreement and the Motion for Extension filed on August 21, 2019 is now rendered moot.

JS for Extension of Time and PO; 2:18-cv-02971-TLN-KJN 1

until mid-October, as well as a Ninth Circuit brief that requires several levels of review due next week. As such, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable following her leave. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 22, 2019        /s/ Andrew Koenig
                              (*as authorized by email on August 22, 2019
                              ANDREW KOENIG
                              Attorney for Plaintiff


Dated: August 22, 2019        MCGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration


                         By   /s/ Tina L. Naicker
                              TINA L. NAICKER
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED:

Dated: August 23, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE